**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00435-CV

## IN RE JOE TRAMPAS BENAVIDES, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9921709**

## ORDER

Before Chief Justice Wright, Justice Lang, and Justice Brown

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     DOUGLAS S. LANG
          JUSTICE